| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Wilson, Jr., William R. | 2. Court or Organization U. S. District Court | 3. Date of Report 05/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 500 West Capitol, Suite D444 Little Rock, AR 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Hendrix College |
| 2. Board Member | Federal Judges Association |
| 3. Board Member | Eighth Circuit Historical Society |
| 4. Board Member | Eighth Circuit Judicial Council |
| 5. | |

2009 MAY 13 A 10:48 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Wilson Jr_Wilism_R**

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Lion Oil, Royalty Check | $2,275.16 |
| 2. 2008 | Endeavor Oil, Royalty Check | $63.01 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Self-Employed, Lawyer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Judges Association | May 3 - 5, 2008 | Arlington, VA | Association Meeting | transportation, lodging and meals |
| 2. Wild Wings | Sept. 10 - 22, 2008 | Gregory, SD | Pheasant Hunts | transportation |
| 3. Wild Wings | Dec. 4 - 8, 2008 | Gregory, SD | Pheasant Hunt | transportation |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. One Banc | Firm Line of Credit | M |
| 2. Visa | Credit Card | J |
| 3. Visa | Credit Card | J |
| 4. Visa | Credit Card | J |
| 5. Mastercard | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hotchkis & Wiley All Cap Value | None | | J | T | | | | | |
| 2. Alliance Small Cap Growth | None | | K | T | | | | | |
| 3. ----- | None | | K | T | Sold (part) | 9/4 | K | A | |
| 4. Capital Guardian Growth | None | | K | T | Buy | 9/4 | K | | |
| 5. ----- | None | | | | Sold | 10/1 | K | A | |
| 6. Equity 500 Index | None | | K | T | | | | | |
| 7. ----- | None | | | | Sold | 9/4 | K | A | |
| 8. Evergreen Omega | None | | J | T | Buy | 9/4 | J | | |
| 9. ----- | None | | | | Sold | 10/1 | K | A | |
| 10. GAMCO | None | | J | T | Buy | 9/4 | J | | |
| 11. ----- | None | | K | T | Buy (add'l) | 10/1 | K | | |
| 12. Montag & Caldwell | None | | J | T | Buy | 9/4 | J | | |
| 13. ----- | None | | | | Sold | 10/1 | J | A | |
| 14. Multimanager Small Cap | None | | K | T | | | | | |
| 15. ----- | None | | K | T | Sold (part) | 9/4 | K | A | |
| 16. ----- | None | | J | T | Buy (add'l) | 10/1 | J | | |
| 17. Marisco Focus | None | | K | T | Buy | 1/12 | K | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   ----- | | None | K | T | Sold (part) | 9/4 | K | A | . |
| 19.   ----- | | None | K | T | Buy (add'l) | 10/1 | K | | |
| 20.   Oppenheimer Global | | None | J | T | Buy | 9/4 | J | | |
| 21. | | None | | | Sold | 10/1 | J | A | |
| 22.   Oppenheimer Main St Small Cap | | None | J | T | Buy | 9/4 | J | | |
| 23. | | None | J | T | Sold (part) | 10/1 | J | A | |
| 24.   Blackrock | | None | K | | | | | | |
| 25.   ----- | | None | K | T | Sold (part) | 9/4 | K | A | |
| 26.   ----- | | None | K | T | Buy (add'l) | 10/1 | K | | |
| 27.   Small Company Index | | None | K | T | | | | | |
| 28.   ----- | | None | K | T | Sold (part) | 9/4 | K | A | |
| 29.   ----- | | None | | | Sold | 10/1 | J | A | |
| 30.   Van Kampen Emerg Mkt Equity | | None | J | T | | | | | |
| 31.   ----- | | None | J | T | Sold (part) | 9/4 | J | A | . |
| 32.   ----- | | None | K | T | Buy (add'l) | 10/1 | K | | |
| 33.   Van Kampen Comstock | | None | K | T | Buy | 9/4 | K | | |
| 34. | | None | | | Sold | 10/1 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Van Kampen Real Estate | | None | K | T | Buy | 9/4 | K | | |
| 36. | | None | J | T | Sold (part) | 10/1 | J | A | |
| 37. Van Kampen Mid Cap Growth | | None | J | T | Buy | 10/1 | J | | |
| 38. American Funds Growth | | None | K | T | | | | | |
| 39. ----- | | None | K | T | Buy | 2/5 | K | | |
| 40. ----- | | None | K | T | Buy | 12/23 | K | | |
| 41. Columbia Acorn International | | None | K | T | | | | | |
| 42. ----- | | None | J | T | Buy (add'l) | 2/5 | K | | |
| 43. ----- | | None | J | T | Buy (add'l) | 12/23 | J | | |
| 44. Dodge and Cox International | | None | K | T | | | | | |
| 45. ----- | | None | J | T | Buy (add'l) | 1/2 | J | | |
| 46. ----- | | None | K | T | Buy (add'l) | 2/1 | K | | |
| 47. | | None | J | T | Buy (add'l) | 12/29 | J | | |
| 48. Janus Mid Cap Value Fund | | None | J | T | | | | | |
| 49. Loomis Sayles Global | | None | K | T | | | | | |
| 50. ----- | | None | K | T | Buy (add'l) | 3/7 | K | | |
| 51. ----- | | None | K | T | Buy (add'l) | 5/29 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  ----- | | None | | | Sold | 10/14 | K | A | |
| 53.  Pimco Total Return Fund | | None | K | T | | | | | |
| 54.  ----- | | None | K | T | Buy | 1/2 | K | | |
| 55.  ----- | | None | K | T | Buy | 2/1 | K | | |
| 56.  ----- | | None | K | T | Buy | 12/10 | K | | |
| 57.  ----- | | None | K | T | Sold (part) | 12/23 | K | A | |
| 58.  T Rowe Price Real Estate | | None | J | T | | | | | |
| 59.  ----- | | None | J | T | Buy | 3/31 | J | | |
| 60.  T Rowe Value Fund | | None | J | T | | | | | |
| 61.  ----- | | None | K | T | Sold (part) | 2/1 | K | A | |
| 62.  ----- | | None | K | T | Sold (part) | 12/23 | K | A | |
| 63.  Royce Total Return Fund | | None | L | T | | | | | |
| 64.  ----- | | None | K | T | Sold (part) | 2/1 | K | A | |
| 65.  ----- | | None | K | T | Buy (add'l) | 3/13 | K | | |
| 66.  ----- | | None | K | T | Buy (add'l) | 12/4 | K | | |
| 67.  SSGA Emerging Markets | | None | J | T | | | | | |
| 68.  ----- | | None | J | T | Buy (add'l) | 2/1 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   ----- | | None | J | T | Buy (add'l) | 10/22 | J | | . |
| 70.   ----- | | None | J | T | Buy | 12/23 | J | | |
| 71.   Sentinel Small Company | | None | K | T | | | | | |
| 72.   Thornburg Core Growth | | None | J | T | Buy | 2/25 | J | | |
| 73.   ----- | | None | J | T | Buy | 12/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less  F =$50,001 - $100,000 | B =$1,001 - $2,500  G =$100,001 - $1,000,000 | C =$2,501 - $5,000  H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000  H2 =More than $5,000,000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less  N =$250.001 - $500,000  P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000  O =$500,001 - $1,000,000 | L =$50,001 - $100,000  P1 =$1,000,001 - $5,000,000  P4 =More than $50,000,000 | M =$100,001 - $250,000  P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal  U =Book Value | R =Cost (Real Estate Only)  V =Other | S =Assessment  W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Service for positions listed in I. are not paid positions.

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R. | 05/11/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544